| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 5min. | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR | | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>7/30/08 | | NEW CASE<br>☐ | CASE NUMBER<br>CR 08-00511 JW | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Carlos Barragan-Berrera | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Cynthia Lie | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>J. Schenk for Chad Mandell | INTERPRETER<br>Spanish - L. Arce | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>A. Granados | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>9/8/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT:<br>1:30 P.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>James Ware | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

STD: 10/8/08

cc: L. Garcia