AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Carlos Barragan-Barrera

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 00511 JW

FILED
JUL 30 2008
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

I, Carlos Barragan-Barrera, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/30/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Carlos Barragan B
Defendant

_____
Counsel for Defendant

Before Patricia V. [signature]
Judicial Officer