JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>    v. </br></br>CARLOS BARRAGAN-BARRERA </br></br>    Defendant. | No.   CR 08-00511 JW </br></br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 30, 2008 TO SEPTEMBER 8, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between July 30 and September 8, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the

//

//

//

1

1 | public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

4 | 18 U.S.C. §3161(h)(8)(A).

6 | DATED: September 3, 2008          JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      ___/s/_____
                                      CHAD M. MANDELL
                                      Special Assistant United States Attorney


                                      ___/s/_____
                                      CYNTHIA LIE
                                      Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 30 and September 8, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE