| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | CHAD M. MANDELL (ILBN 6286783)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5059<br>Facsimile: (408) 535-5066<br>Email: chad.mandell@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00511 JW |
|---|---|
| Plaintiff, | ) STIPULATION AND [] XXXXXXXXX ] |
| | ) ORDER EXCLUDING TIME FROM JULY |
| v. | ) 30, 2008 TO SEPTEMBER 8, 2008 FROM |
| | ) THE SPEEDY TRIAL ACT |
| CARLOS BARRAGAN-BARRERA | ) CALCULATION (18 U.S.C. § |
| | ) 3161(h)(8)(A)) |
| Defendant. | ) |
| | ) |

The parties stipulate that the time between July 30 and September 8, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the

//

//

//

1

1 | public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

4 | 18 U.S.C. §3161(h)(8)(A).

6 | DATED: September 3, 2008    JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                 ___/s/_____
                                 CHAD M. MANDELL
                                 Special Assistant United States Attorney


                                 ___/s/_____
                                 CYNTHIA LIE
                                 Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 30 and September 8, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: September 8, 2008

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE